UNITED STATES of America,
Plaintiff—Appellee,

v.

Ollie DAWSON, Defendant—Appellant.

No. 08–8514.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 27, 2009.

Ollie Dawson, Appellant Pro Se. William E. Day, II, Assistant United States

**550**

Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ollie Dawson appeals the district court's order denying Dawson's motion for modification of his sentence pursuant to 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dawson*, No. 4:95–cr–00963–CMC–2 (D.S.C. Nov. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*